# SEALED

# (HSD)