UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON



IN THE MATTER OF THE SEARCH OF
THE CELLULAR TELEPHONE ASSIGNED    Case No. 3:21-mj-00013
CALL NUMBER (304) 710-0914

# O R D E R

Upon consideration of the United States Motion to Unseal, it is hereby

**ORDERED** that the Application and Affidavit for a Search Warrant, the Search Warrant and the Return, including any attachments thereto in this case be unsealed.

ENTER: August 3, 2021

_____
HONORABLE CHERYL A. EIFERT
United States Magistrate Judge